

AUSA Hanna Helwig (312) 469-6314

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ALEXIS CORNEJO RAMIREZ, <br> also known as "El Primo" | Case No.: 1:25-cr-00624 <br> HEATHER K. MCSHAIN <br> Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ANTHONY PARRA, appearing before United States Magistrate Judge HEATHER K. MCSHAIN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that ALEXIS CORNEJO RAMIREZ, also known as "El Primo", has been charged by Indictment in the Eastern District of Texas with the following criminal offense: conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 846 (Count One), and three counts of aiding and abetting possession with intent to distribute and the distribution of 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Counts Two, Three, and Five).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

ANTHONY PARRA
Special Agent
Drug Enforcement Administration

SWORN TO AND AFFIRMED by telephone this 2nd day of October, 2025.

*Heather K. McShain*
HEATHER K. MCSHAIN
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CRIMINAL NO. 5:25-CR-29 |
| V. | § § | |
| | § | JUDGES SCHROEDER/BAXTER |
| ALEXIS CORNEJO RAMIREZ (01) | § | |
|    a.k.a. "El Primo" | § | |
| JULIO CORNEJO RAMIREZ (02) | § | |
| a.k.a "Juan Diego Cornejo Ramirez" | § | |
| MARIO ANDA CORNEJO (03) | § | |
| MARLENE ESCAMILLA | § | |
|    PANTALEON (04) | § | |
| ERIC RAMIREZ (05) | § | **SEALED** |

## AMENDED INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

                Violation: 21 U.S.C. § 846
                (Conspiracy to Distribute and Possess with
                Intent to Distribute Methamphetamine)

Beginning in or about November 21, 2024, and continuing thereafter until at least the date of the return of this indictment, in the Eastern District of Texas, the defendants, **Alexis Cornejo Ramirez a.k.a. "El Primo", Julio Cornejo Ramirez a.k.a. Juan Diego Cornejo Ramirez, Mario Anda Cornejo, Marlene Escamilla Pantaleon,** and **Eric Ramirez**, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, both known and unknown to the United States Grand Jury, to violate a law of the United States of America, to wit, 21 U.S.C. § 841(a)(1),

Indictment – Page 1

prohibiting the possession with intent to distribute and distribution of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of 21 U.S.C. § 846.

## COUNTS TWO-FIVE

Violation: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Possession with Intent to Distribute and Distribution of Methamphetamine and Aiding and Abetting)

On or about the dates listed below, in the Eastern District of Texas, the defendants listed below, aided and abetted by one another and others, knowingly and intentionally possessed with intent to distribute and distributed methamphetamine, a Schedule II controlled substance, in the quantities listed below:

| Count | Date | Defendant(s) | Quantity |
|---|---|---|---|
| 2 | November 21, 2024 | **Alexis Cornejo Ramirez, a.k.a. "El Primo"** and **Julio Cornejo Ramirez a.k.a. Juan Diego Cornejo Ramirez** | 50 grams or more of actual methamphetamine |
| 3 | April 10, 2025 | **Alexis Cornejo Ramirez, a.k.a. "El Primo"** | 50 grams or more of actual methamphetamine |
| 4 | July 10, 2025 | **Mario Anda Cornejo** | 5 grams or more, but less than 50 grams of actual methamphetamine |
| 5 | July 29, 2025 | **Alexis Cornejo Ramirez,** | 50 grams or more of actual methamphetamine |

Indictment – Page 2

Case 5:25-cr-00624-BD *SEALED* Document 1 Filed 10/02/25 Page 5 of 10 PageID #: 5
Case: 0:25-cr-00624-BD Document #: 1 Filed: 10/02/25 Page: 5 of 10 PageID #: 5 Page 3 of 7
PageID #: 22

| Count | Date | Defendant(s) | Quantity |
|---|---|---|---|
| | | a.k.a. "El Primo," Mario Anda Cornejo, and Marlene Escamilla Pantaleon | |
| 6 | August 20, 2025 | Julio Cornejo Ramirez a.k.a. Juan Diego Cornejo Ramirez, Mario Ando Cornejo, Marlene Escamilla Pantaleon, and Eric Ramirez | 50 grams or more of actual methamphetamine |

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

Indictment – Page 3

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 21 U.S.C. § 853 & 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendants herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853 & 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations;

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

3. any and all firearms, ammunition and accessories seized from the defendants, including but not limited to the following:

## Cash Proceeds:

A sum of money equal to $10,000.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendants as a result of the offense(s) alleged in this indictment, for which the defendants are personally liable.

## Substitute Assets

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States

Indictment – Page 4

and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 & 28 U.S.C. § 2461.

        JAY R. COMBS
        ACTING UNITED STATES ATTORNEY

        */s/ Lauren Richards*
        LAUREN RICHARDS
        Assistant United States Attorney
        Texas Bar No. 24079421
        500 North State Line Avenue, Suite 402
        Texarkana, Texas 75501
        (903) 792-8453
        Lauren.Richards@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 5:25-CR-29 |
| V. § | |
| § | JUDGES SCHROEDER/BAXTER |
| ALEXIS CORNEJO RAMIREZ (01) § | |
|    a.k.a. "El Primo" § | |
| JULIO CORNEJO RAMIREZ (02) § | |
| a.k.a "Juan Diego Cornejo Ramirez" § | |
| MARIO ANDA CORNEJO (03) § | |
| MARLENE ESCAMILLA § | |
|    PANTALEON (04) § | |
| ERIC RAMIREZ (05) § | **SEALED** |

## NOTICE OF PENALTY

### COUNTS ONE-SIX

Violation:          21 U.S.C. §§ 841(a)(1) and 846

Penalty:           If less than 5 grams of methamphetamine (actual) or 50 grams of a mixture or substance containing a detectable amount of methamphetamine, imprisonment for a term of not more than 20 years; a fine not to exceed $1,000,000, or both; and a term of supervised release of at least 3 years.

                         If 5 grams or more of methamphetamine (actual) or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $5,000,000, or both; and a term of supervised release of at least 4 years.

                         If 50 grams or more of methamphetamine (actual) or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, imprisonment for a term of not less than 10 years or more than life; a fine not to exceed $10,000,000, or

               both; and a term of supervised release of at least 5 years.

  Special Assessment:   $100.00 on each count.

**Indictment - Page 7**

Case 5:25-cr-00029-RWS-JBB *SEALED* Document 1 Filed 10/02/25 Page 10 of 10 PageID #: 10    Case 5:25-mj-00624 Document 1 Filed 09/18/25 Page 1 of 1 PageID #: 13    Page 11863367

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alexis Cornejo Ramirez<br>aka El Primo<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.    5:25-cr-29-RWS-JBB-1<br><br>1:32 pm Sep 18, 2025<br>**RECEIVED**<br>**EASTERN DISTRICT OF TEXAS** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Alexis Cornejo Ramirez                                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1- 21 U.S.C.§ 846- Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
Counts 2, 3 and 5 - 21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2- Possession with Intent to Distribute and Distribution of Methamphetamine and Aiding and Abetting


Date:   9/18/2025                                                        *David A. O'Toole*
                                                                         *Issuing officer's signature*

City and state:   Texarkana Tx                                           David A. O'Toole
                                                                         *Printed name and title*

---

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                        _____
                                                                         *Arresting officer's signature*

                                                                         _____
                                                                         *Printed name and title*