# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>Alexis Cornejo Ramirez,<br><br>      Defendant. | Case # 25-cr-00624<br><br>Magistrate Judge McShain |

### ORDER

Initial appearance and removal proceedings held on 10/02/2025. Official Spanish Court Interpreter Jose Pina present. Defendant appears in response to arrest in this District on 10/02/2025. The Court found Defendant unable to afford counsel. Enter order appointing Kathleen Leon of the Federal Defender Program as counsel for Defendant. Defendant informed of his rights. Defendant informed of the charges against him in the Indictment returned in the United States District Court in the Eastern District of Texas, Texarkana Division, and the maximum possible sentence/fine if convicted of the charges. Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C §§ 3142(f)(1)(B), (f)(1)(C). For the reasons stated on the record, the Court finds that the Government is entitled to a detention hearing pursuant to 18 U.S.C §§ 3142(f)(1)(B), (f)(1)(C). In-person detention hearing and identity hearing is set before Magistrate Judge McShain on 10/07/2025 at 11:00 a.m. in Courtroom 1025. Any potential third-party custodian is required to attend the detention hearing in-person on 10/07/2025. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order.
IA: 20

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: October 2, 2025**